[No. 62304-4-I.   Division One.   December 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEY WAYLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03526-0, Richard D. Eadie, J., entered September 2, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Becker, JJ.

[No. 63834-3-I.   Division One.   December 14, 2009.]

*In the Matter of the Marriage of* SOMDET WEBSTER, *Appellant*, and WILLIAM D. WEBSTER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-3-00254-1, Leonard W. Costello, J., entered June 13, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Leach, JJ.

[No. 37833-7-II.   Division Two.   December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL J. PATTON, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 08-1-00039-5, Brian P. Altman, J. Pro Tem., entered May 29, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.